JAMES E. HART, Bar No. 194168
LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA  92614
Telephone:    949.705.3000

BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
Telephone:    916.830.7200
Email: bblackburn@littler.com

Attorneys for Defendant
FREEDOMROADS DBA CAMPING WORLD

JEFFREY D. FULTON, Bar No. 206466
NATALYA GRUNWALD, Bar No. 265084
LAW OFFICES OF JEFFREY D. FULTON
2150 River Plaza Drive, Suite 260
Sacramento, CA  95833
Telephone:    (916) 993-4900
Facsimile:    (916) 441-5575
Email: JFulton@JFultonLaw.com
NGrunwalk@JFultonLaw.com

Attorneys for Plaintiff
NATHANIEL MCBROOME

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MCBROOME,<br><br>           Plaintiff,<br><br>      v.<br><br>FREEDOMROADS dba CAMPING WORLD, and DOES 1 through 50, INCLUSIVE,<br><br>           Defendant. | Case No.  2:15-CV-01559-JAM-CMK<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>JUDGE JOHN A. MENDEZ<br><br>**JOINT STIPULATION AND ORDER FOR FINAL AND BINDING ARBITRATION** |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

Case No.  2:15-CV-01559-JAM-CMK

JOINT STIPULATION AND [PROPOSED] ORDER FOR FINAL AND BINDING ARBITRATION

Case 2:15-cv-01559-JAM-CMK   Document 8   Filed 09/10/15   Page 2 of 3

IT IS HEREBY STIPULATED by and between Plaintiff NATHANIEL MCBROOME and Defendant FREEDOMROADS dba CAMPING WORLD (collectively, the "Parties"), through their attorneys of record, as follows:

WHEREAS, the Complaint in this matter was filed on July 21, 2015, in the United States District Court for the Eastern District of California, designated Case No. 2:15-cv-01559-JAM-CMK, alleging claims of (1) retaliation in violation of California Labor Code section 98.6; (2) violation of California Labor Code section 1102.5 (whistle blower statute); and (3) wrongful termination in violation of public policy.

WHEREAS, the Parties have met and conferred about an arbitration agreement that Defendant contends Plaintiff entered into on July 16, 2012, which requires, among other things, that Plaintiff submit the Claims, as set forth in Case No. 2:15-CV-01559-JAM-CMK, to final and binding arbitration.

WHEREAS, Plaintiff agrees to submit this case to binding arbitration pursuant to the agreement provided that the Parties mutually agree on a selected arbitrator.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. The Parties agree to use the Hon. Ellen Sickles James (Ret.) with JAMS as the arbitrator in this matter;

2. The Claims set forth in Case No. 2:15-CV-01559-JAM-CMK shall be submitted to final and binding arbitration in accordance with the terms of the Arbitration Agreement;

3. Defendant agrees to submit the matter to JAMS within ten (10) calendar days of this agreement and to pay all deposits for fees as required by JAMS in order to allow the matter to proceed expeditiously;

4. The arbitration shall take place in Sacramento, California;

5. All matters in Case No. 2:15-CV-01559-JAM-CMK shall be stayed in this Court pending arbitration;

6. This Court will retain jurisdiction for the sole purpose of entering the final judgment on the arbitration proceedings, as necessary.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

1.                Case No.  2:15-CV-01559-JAM-CMK
JOINT STIPULATION AND [PROPOSED] ORDER FOR FINAL AND BINDING ARBITRATION

**IT IS SO STIPULATED.**

Dated:  September 9, 2015

By: */s/ Jeffrey D. Fulton*   (as authorized on 09/09/15)
    NATALYA GRUNWALD
    JEFFREY D. FULTON
    Law Offices of Jeffrey D. Fulton
    Attorneys for Plaintiff
    NATHANIEL MCBROOME

Dated:  September 9, 2015

By: */s/ Barbara A. Blackburn*
    JAMES E. HART
    BARBARA A. BLACKBURN
    Littler Mendelson, P.C.
    Attorneys for Defendant
    FREEDOMROADS dba CAMPING WORLD

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/9/2015          /s/ John A. Mendez
                         HONORABLE JOHN A. MENDEZ
                         UNITED STATES DISTRICT COURT JUDGE

Firmwide:135795381.1 064774.1076

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

2.   Case No.  2:15-CV-01559-JAM-CMK
JOINT STIPULATION AND [PROPOSED] ORDER FOR FINAL AND BINDING ARBITRATION